MARKEENUS CLEAVON WILKERSON,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11cv272 Civil Case No.
1:10cr32-13 Criminal Case No.

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/20/2011 Order.

Signed: October 21, 2011

Frank G. Johns, Clerk
United States District Court